Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  Carmen Lawrence Aiello and Madeline Marion
Aiello
Debtor

Case No.: 11−41413−MBK
Chapter 13

Carmen Lawrence Aiello
Plaintiff

v.

Law Office Jonathan Stone, Esq.
Defendant

Adv. Proc. No. 14−01424−MBK        Judge: Michael B. Kaplan

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 20, 2014, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 13 − 11, 12
Order Denying Application to Shorten Time (related document:11 Motion to Dismiss Adversary Proceeding filed by Counter−Claimant Law Office Jonathan Stone, Esq., Defendant Law Office Jonathan Stone, Esq.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/20/2014. Hearing scheduled for 7/22/2014 at 02:00 PM at MBK − Courtroom 8, Trenton. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 20, 2014
JJW: wir

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

Aiello,
    Plaintiff

Adv. Proc. No. 14-01424-MBK

Law Office Jonathan Stone, Esq.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: wromero      Page 1 of 1      Date Rcvd: Jun 20, 2014
                      Form ID: orderntc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2014.
```
pla            Carmen Lawrence Aiello,    330 US Highway 46,    Great Meadows, NJ  07838-2042
dft           +Law Office Jonathan Stone, Esq.,    490 Schooley's Mountain Road,    Building 3A,
               Hackettstown, NJ 07840-4002
pla            Madeline Marion Aiello,    330 US Highway 46,    Great Meadows, NJ  07838-2042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            Carmen Lawrence Aiello,    330 US Highway 46,    Great Meadows, NJ  07838-2042
cc*           +Law Office Jonathan Stone, Esq.,    490 Schooley's Mountain Road,    Building 3A,
               Hackettstown, NJ 07840-4002
cd*            Madeline Marion Aiello,    330 US Highway 46,    Great Meadows, NJ  07838-2042
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2014 at the address(es) listed below:
```
              Jonathan Stone    on behalf of Defendant    Law Office Jonathan Stone, Esq. court@jonstonelaw.com,
               bkecf_stone@bkexpress.info
              Jonathan Stone    on behalf of Counter-Claimant    Law Office Jonathan Stone, Esq.
               court@jonstonelaw.com,    bkecf_stone@bkexpress.info
                                                                                             TOTAL: 2
```