**PETER A. OUDA, LLC**
**19 NORTH BRIDGE ST.**
**SOMERVILLE, NJ 08876**
**908 927-9909**
**908 927-9907 fax**
**FOR PLAINTIFF**



## UNITED STATES BANKRUPCTY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CARMEN LAWRENCE AIELLO AND MADELINE AIELLO | CASE 11: :41413<br>ADV 14-01424 |

Debtors

CARMEN LAWRENCE AIELLO
AND MADELINE AIELLO

Affidavit of Merit

Plaintiffs

v.

LAW OFFICES OF
JONATHAN STONE, ESQ.

Defendants

I, Barry E. Levine, Esq. being of full age, being duly sworn upon my oath, according to law, deposes and says:

1. I am an attorney at law of State of New Jersey, and I have been since 1975. I am a graduate of Rutgers Law School- Camden, New Jersey. I am member of the New Jersey Bar.

2. For the past five years, I have been substantially involved in bankruptcy work.

I have appeared in Bankruptcy Court many times over the past 20 years. I have filed numerous Chapter 7 filings and Chapter 13 filing. I have filed adversary proceedings and also defended parties who have had adversary proceedings filed against them. I have reviewed the pleadings including the complaint and Answer and First Amended Answer and attachments related thereto.

3. I have no financial interest in the outome of this matter, although I will make myself available for expert review if requested.

4. Based on the above, I aver that there exists a reasonable probability that the care, skill and knowledge exhibited by the Defendant fell below accepted standards of practice.

*[signature]*
Barry E. Levine, Esq.

Signed and sworn to me this
19 Day of June 2014

*[signature]*
Peter A Ouda
Atty At Law

2014 JUN 20 PM 4:11

RECEIVED
DISTRICT OF NEW JERSEY
CLERK, U.S. DISTRICT COURT