**PETER A. OUDA, LLC**
**19 NORTH BRIDGE ST.**
**SOMERVILLE, NJ 08876**
**908 927-9909**
**908 927-9907 fax**
**FOR PLAINTIFF**



## UNITED STATES BANKRUPCTY COURT
## DISTRICT OF NEW JERSEY

IN RE CARMEN LAWRENCE
AIELLO AND MADELINE AIELLO

CASE 11: :41413 (MBK)
ADV 14-01424 (MBK)

Debtors

CARMEN LAWRENCE AIELLO
AND MADELINE AIELLO

PROOF OF SERVICE

Plaintiffs

v.

LAW OFFICES OF
JONATHAN STONE, ESQ.

Defendants

I , Peter A. Ouda being of full age hereby certify to the following:

1. I represent the Plaintiffs herein. On June 20, 2014 I served the following:

    Affidavit of Merit in the following Manner,

    1. The United States bankruptcy Court, Trenton NJ via hand delivery.
    2. Jonathan Stone, 490 Schooley Mountain Road-Bld 3 Hackettstown NJ via fax at 908 979-9920
    3. Joan Lavery at her office via fax at 908 852 7423.

I hereby certify that the statements are true and if they are false I am subject to punishment.

_____

2014 JUN 20 PM 4 11

RECEIVED
DISTRICT OF NEW JERSEY
CLERK, U.S. DISTRICT COURT